## Cases Affirmed Without Opinion Under Rule 64.

### October 11, 1927.

PICCURIO, by guardian *ad litem*, Respondent, vs. CIANCIOLO, Appellant.

APPEAL from a judgment of the circuit court for Milwaukee county dated April 3, 1926: GUSTAVE G. GEHRZ, Judge.

Personal injuries.   Judgment for plaintiff, from which defendant appeals.

For the appellant: *Cannon & Waldron* of Milwaukee.

For the respondent: *Dennis M. Sullivan, Jr.,* and *Eugene J. Sullivan,* attorneys, and *John J. Hurley,* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed


GOYK, Appellant, vs. GOYK, Respondent.   (Case No. 1.)

APPEAL from a judgment of the county court of Waukesha county dated May 17, 1926: DAVID W. AGNEW, Judge.

Ejectment action.   Judgment for defendant, from which plaintiff appeals.

For the appellant: *Casimir Gonski* of Milwaukee.

For the respondent: *Lockney & Lowry* of Waukesha.

*By the Court.*—Judgment affirmed.


GOYK, Appellant, vs. GOYK, Respondent.   (Case No. 2.)

APPEAL from a judgment of the county court of Waukesha county dated May 17, 1926: DAVID W. AGNEW, Judge.

Action for accounting.   Counterclaim for specific performance.   Judgment for defendant, from which plaintiff appeals.

For the appellant: *Casimir Gonski* of Milwaukee.

For the respondent: *Lockney & Lowry* of Waukesha.

*By the Court.*—Judgment affirmed.